UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

CITY BLOCK PROPERTIES LLC and
BRICKELL STATION CORP.,
    Defendants.

Case No.: 1:25-cv-21260-JEM

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, BRICKELL STATION CORP., by and through their respective undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
844-702-8867
WassenbergL@gmail.com

/s/ Luis F. Navarro
Luis F. Navarro, Esq. (FBN: 629359)
   *Attorney for Defendant, Brickell Station Corp.*
NAVARRO Attorneys at Law
66 W Flagler St Fl 6
Miami, FL 33130
305-447-8707
Lou@nmbesq.com