UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 25-21260-CIV-MARTINEZ**

EMILIO PINERO,

      Plaintiff,

v.

CITY BLOCK PROPERTIES LLC and
BRICKELL STATION CORP.,

      Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS MATTER** came before this Court on the Parties' Joint Notice of Settlement, (ECF No. 6), which states that the parties have reached a settlement in this case. Accordingly, it is **ORDERED AND ADJUDGED** that:

      1.     The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before May 26, 2025**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

      2.     If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

      3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

      4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this **25** day of April, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record